**ROBERTSON & PENN, INC., Appellant,**

v.

**Pete GEREN, Secretary of the Army, Appellee.**

No. 2009–1055.

United States Court of Appeals, Federal Circuit.

June 5, 2009.

James F. Nagle, Oles Morrison Rinker & Baker, LLP, of Seattle, WA, argued for appellant. With him on the brief was Jonathan A. DeMella.

Kent C. Kiffner, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Jeanne E. Davidson, Director, and Mark A. Melnick, Assistant Director.

Before BRYSON and GAJARSA, Circuit Judges, and ST. EVE, District Judge.*

PER CURIAM.

This CAUSE having been heard and considered, it is

* The Honorable Amy J. St. Eve, United States District Judge for the Northern District of Illinois, sitting by designation.

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36.